# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JOANN PIXLEY, | CASE NO. 1:23-CV-00746-AMK |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **JUDGMENT ENTRY** |
| Defendant. | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on this date, the final decision of the Commissioner is VACATED and REMANDED.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: January 28, 2025

/s/ *Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

1